UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Ramirez, Cesar Enrique  
Diaz-Aedo, Lidia Monica

Case No.: __18-23318__  
Chapter: __7__  
Judge: __CMG__

**NOTICE OF PROPOSED ABANDONMENT**

____Daniel E. Straffi____, ____Trustee____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street  
Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable ____Christine M. Gravelle____ on __September 18, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 113 Jay Place  
Middlesex, NJ  
FMV - +/-$263,000.00 |

| Liens on property: | PNC Mortgage- $ 252,473.73  

Plus 10% Estimated Costs of Sale |

| Amount of equity claimed as exempt: | $-0- |

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.  
Address: 670 Commons Way Toms River, NJ 08755  
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-23318-CMG
Cesar Enrique Ramirez                                                   Chapter 7
Lidia Monica Diaz-Aedo
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2           Date Rcvd: Aug 08, 2018
                              Form ID: pdf905           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
```
db/jdb        +Cesar Enrique Ramirez,    Lidia Monica Diaz-Aedo,   113 Jay Place,    Middlesex, NJ 08846-1612
cr            +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
517625602     +Amex,    Po Box 981540,    El Paso, TX 79998-1540
517625603    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                El Paso, TX 79998)
517625604     +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
517625605     +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
517625606     +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517625607     +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517625609     +Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    Po Box 790040,
                St Louis, MO 63179-0040
517625610     +Diaz-Aedo Monica Lidia,    113 Jay Place,    Middlesex, NJ 08846-1612
517625611      Navicore,    P.O. Box 419253,    Boston, MA 02241-9253
517625612     +PNC Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
517625613     +Ramirez E. Cesar,    113 Jay Place,    Middlesex, NJ 08846-1612
517625617    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    Toyota Financial Services,    P.O.Box 8026,
                Cedar Rapids, IA 52408)
517625619     +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
517625618     +Wells Fargo Bank,    Attn: Bankruptcy,    Po Box 94435,    Albuquerque, NM 87199-4435
517625620     +Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,    Po Box 71118,    Charlotte, NC 28272-1118
517625621     +Wf/pcm,    P.o. Box 94435,    Albuquerque, NM 87199-4435
517625622      Zwicker & Associates,    80 Minuteman Road,    Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 23:34:15      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 23:34:12      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517625601      E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 08 2018 23:34:24      American Honda Finance,
                Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
517625608     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2018 23:33:58      Comenitycapital/boscov,
                Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517625614     +E-mail/Text: rwjebn@rwjbh.org Aug 08 2018 23:35:11      Robert Wood Johnson University Hospital,
                Attn: Patient Accounts Department,    379 Campus Drive, 2nd Floor,    Somerset, NJ 08873-1161
517629351     +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:38:53      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517625615     +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:38:54      Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517625616     +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:40:03      Synchrony Bank/Lowes,
                Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 8
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Aug 08, 2018
                              Form ID: pdf905            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              Andre Earl Woodson    on behalf of Joint Debtor Lidia Monica Diaz-Aedo awoodson@garcesgrabler.com
              Andre Earl Woodson    on behalf of Debtor Cesar Enrique Ramirez awoodson@garcesgrabler.com
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Frank J Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```