# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:                                          Case no.:     18-23318-CMG

Cesar Enrique Ramirez
Lidia Monica Diaz-Aedo            Chapter:     7

                                             Judge:     Gravelle

                      Debtor(s)

## CERTIFICATION OF NO OBJECTION

I _____Alyson M. Guida_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
113 Jay Place, Middlesex NJ

JEANNE A. NAUGHTON, Clerk

Date: 09/12/2018                      By: Alyson M. Guida

*rev.2/10/17*