Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–23318–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cesar Enrique Ramirez
113 Jay Place
Middlesex, NJ 08846

Lidia Monica Diaz–Aedo
113 Jay Place
Middlesex, NJ 08846

Social Security No.:
xxx–xx–4541

xxx–xx–9041

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: October 11, 2018

Christine M. Gravelle
Judge, United States Bankruptcy Court